# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| **SHARON WARREN, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22-cv-00080-AGF |
| | ) | |
| | ) | |
| **CITY OF NORMANDY,** | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiffs and Defendant hereby stipulate that this action is being dismissed, with prejudice. Each party to bear their own costs and expenses.

**REICHARDT NOCE & YOUNG LLC**

*/s/ Timothy J. Reichardt*
Timothy J. Reichardt          MO #57684
Daniel J. Mooney          MO # 70256
12444 Powercourt Dr., Ste. 160
St. Louis, MO 63131
Telephone:     (314) 789-1199
Facsimile:     (314) 754-9795
tjr@reichardtnoce.com
dtm@reichardtnoce.com

**ATTORNEYS FOR DEFENDANT**

**CORNERSTONE LAW FIRM**

*/s/ Ryan M. Paulus*
Ryan M. Paulus          MO# 59712
5821 NW 72nd Street
Kansas City, Missouri 64151
Telephone     (816) 581-4040
Facsimile     (816) 741-8889
r.paulus@cornerstonefirm.com

**ATTORNEYS FOR PLAINTIFF**